UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Sealed Matter                                CASE NO. 3:22-mj-71 (SDV)

January 17, 2023

MOTION TO UNSEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed until further order of the Court be unsealed. The underlying matter is now a matter of public record, and there is accordingly no longer a basis for the continued sealing of this matter.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/*Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv09365
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000
lauren.clark@usdoj.gov